JAMES G. SCHWARTZ, ESQ.    # 069371
JOSHUA D. BRYSK, ESQ.    # 184200
Law Offices of James G. Schwartz
A Professional Corporation
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588
Telephone: (925) 463-1073
Facsimile:  (925) 463-2937
jim@jgschwartz.com
josh@jgschwartz.com

Attorney for Defendants,
Mark Jon Hansen, an individual,
dba M & M Hansen Communications
Contracting

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES  OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA | CASE NO.   4:17-cv-06865-HSG |
| | **REQUEST AND [PROPOSED] ORDER FOR DEFENDANT'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | Date:     March 6, 2018 |
| | Time:     2:30 p.m. |
| v. | Ctrm:     2, 4th Floor |
| | Judge:   Hon.  Haywood S. Gilliam, Jr. |
| MARK JON HANSEN, an individual, dba M & M HANSEN COMMUNICATION'S CONTRACTING | |
| Defendants. | |

TO:  THE COURT, PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 16-10 (a), Defendant respectfully requests that this Court grant permission to Joshua D. Brysk, Law Offices of James G. Schwartz, P.C., to appear by telephone for the Case Management Conference scheduled for March 6, 2018, at 2:30 p.m.


DATED:  March 1, 2018                                    Respectfully submitted by:

                                                        Law Offices of James G. Schwartz
                                                        A Professional Corporation

                                                        */s/ Joshua D. Brysk*
                                                        _____
                                                        Joshua D. Brysk
                                                        Attorneys for Defendants
                                                        Mark Jon Hansen, an individual,
                                                        dba M & M Hansen Communications
                                                        Contracting

